In the MATTER OF a MEMBER OF THE BAR of the Supreme Court of the State of Delaware: Ronald G. PO-LIQUIN, Petitioner.

No. 129, 2016
Board Case No. 112318–R

Supreme Court of Delaware.

Submitted: March 29, 2016
Decided: April 5, 2016

Petition for Reinstatement approved.